# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LASHON HALL,**

    **Plaintiff,**

    v.                                                             **Case No. 21-CV-517-SCD**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER APPROVING STIPULATED MOTION FOR REMAND

The parties' stipulated motion for remand, ECF No. 27, is **APPROVED**. The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Acting Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). Upon receipt of the court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to proceed through the sequential disability evaluation process as appropriate; offer the claimant an opportunity for a new hearing; and issue a new decision.

**SO ORDERED** in Milwaukee, Wisconsin, this 31st day of March, 2022.

                                                                                  STEPHEN C. DRIES
                                                                                  United States Magistrate Judge